458 A.2d 263

Commonwealth v. Gee, Appellant.
Petition for Allowance of Appeal
Denied June 21, 1983.

Sub-

mitted January 12, 1983. Ivan S. Abrams, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Judgment of sentence affirmed.